

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Curtis Wayne Teer,

Vs. No. 11-15-00061-CV

Paula Neal,

\* From the County Court at Law
   No. 2 of Midland County,
   Trial Court No. FM-58,485.

\* February 16, 2017

\* Memorandum Opinion by Bailey, J.
   (Panel consists of: Wright, C.J.,
   Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.